IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN RE:
KOHNER, MANN AND KAILAS

ORDER

23-mc-11-jdp

---

In a large class-action matter (Case Nos. 07-cv-76 and 09-cv-240), Robert L. Gegios filed a declaration concerning the attorney fees reported in connection with a motion for approval of a settlement. Dkt. 2. I opened this miscellaneous matter to investigate the Gegios allegations. I have received the response of the involved law firm, Dkt. 3, supported by the declarations of two involved attorneys, Dkt. 4 and Dkt. 5. At this point, the facts are sharply disputed.

I will hold an evidentiary hearing via Zoom on Wednesday, September 27, 2023, at 1:00 p.m. Interested parties Robert Gegios, Melinda Bialzik, and Ryan Billings should appear and be prepared to give testimony at the hearing. Gegios may have until August 31, 2023, to submit a response and any supporting evidence he would like the court to consider before the hearing.

Let me be clear about the scope of the inquiry. No party claims any entitlement to relief from any other; this inquiry will have no effect on the class action matter. The court's purpose is to address serious allegations of the breach of duty of candor to the tribunal. If the court finds that such a breach has occurred, it will so report to the Wisconsin Office of Lawyer Regulation and it may restrict or suspend the offending party's admission to practice in this court.

The clerk of court will send out Zoom invitations in advance of the hearing.

Entered August 17, 2023.

                                  BY THE COURT:

                                  /s/

                                  _____

                                  JAMES D. PETERSON
                                  District Judge